UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER JOSHUA LABRECK,

                    Plaintiff,                          Case Number 11-10155
                                                 Honorable David M. Lawson
v.                                        Magistrate Judge Michael J. Hluchaniuk

U.S. DEPARTMENT OF TREASURY, BONNIE
MULLINS, STEPHEN DANISH, THOMAS W.
MITCHELL, INTERNAL REVENUE SERVICE,
OFFICE OF COMPTROLLER OF CURRENCY,
JOYCE TODD, and KURT RACHAR,

                    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION GRANTING PLAINTIFF'S MOTION TO DISMISS, DENYING DEFENDANTS' MOTIONS TO DISMISS AS MOOT, AND DISMISSING THE COMPLAINT WITH RESPECT TO DEFENDANTS BONNIE MULLINS, STEPHEN DANISH, THOMAS W. MITCHELL, AND THE OFFICE OF THE COMPTROLLER OF CURRENCY ONLY

       Presently before the Court is the report issued on January 5, 2012 by Magistrate Judge

Michael J. Hluchaniuk pursuant to 28 U.S.C. § 636(b), recommending that this Court grant the

plaintiff's motion to dismiss, deny the defendants' motions to dismiss, and dismiss defendants

Bonnie Mullins, Stephen Danish, Thomas W. Mitchell, and the Office of the Comptroller of the

Currency from this case.  Although the Magistrate Judge's report explicitly stated that the parties

to this action may object to and seek review of the recommendation within fourteen days of service

of the report, no objections have been filed thus far.  The parties' failure to file objections to the

Report and Recommendation waives any further right to appeal.  *Smith v. Detroit Fed'n of Teachers*

*Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987).  Likewise, the failure to object to the Magistrate

Judge's report releases the Court from its duty to independently review the matter.  *Thomas v. Arn*,

474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the Magistrate Judge.

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation [dkt. #66] is **ADOPTED**.

It is further **ORDERED** that the plaintiff's motion to dismiss [dkt. # 65] is **GRANTED**, defendant Office of the Comptroller of the Currency's motion to dismiss [dkt. #40] is **DENIED AS MOOT**, and defendants Thomas W. Mitchell, Stephen Danish, and Bonnie Mullins's motion to dismiss [dkt. #42] is **DENIED AS MOOT**.

It is further **ORDERED** that the plaintiff's complaint is **DISMISSED** with respect to defendants Bonnie Mullins, Stephen Danish, Thomas W. Mitchell, and the Office of the Comptroller of the Currency **ONLY**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: January 25, 2012

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 25, 2012.

s/Deborah R. Tofil
DEBORAH R. TOFIL